

FILED

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0540

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0540

FILED

DEC 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

R.J.E.,                                                      O R D E R

A Youth in Need of Care.

This matter comes before the Court on the petition of Appellate Defender Chad Wright for leave to file an out-of-time appeal on the Father's behalf, pursuant to M. R. App. P. 4(6). The petition includes an Affidavit of trial counsel Michael Strand with explanation that due to his illness, absence from the office, and miscommunication with Father, he did not timely perfect Father's appeal.

The order terminating Father's parental rights was issued by the Thirteenth Judicial District Court, Yellowstone County, on October 4, 2021, in Cause No. DN 17-154. To guarantee that Father's right to appeal is protected, the Appellate Defender requests an order permitting an out-of-time appeal from that Order. If Father is not permitted to appeal, it would constitute a gross miscarriage of justice and unduly punish him. The petition further states the Attorney General has no objection.

Given the importance of the interests at stake for the Father, and without objection,

IT IS ORDERED that the petition for leave to file an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender shall have ten days from the date of this Order within which to file a Notice of Appeal. The Appellate Defender shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of this Court is directed to provide copies of this Order to all counsel of record.

DATED this _28_ day of December, 2021.

_____

_____

_____

_____

_____
Justices